Herbert Hafif, Bar No. 27311
Greg K. Hafif, Bar No. 149515
Michael G. Dawson, Bar No. 150385
Miguel G. Caballero, Bar No. 110333
Farris E. Ain, Bar No. 228045
Charles E. Hill, Bar No. 176751
**LAW OFFICES OF HERBERT HAFIF**
A Professional Corporation
269 West Bonita Avenue
Claremont, California 91711-4784
Telephone: (909) 624-1671
Facsimile : (909) 625-7772

Attorneys for Plaintiff, **Manuel Medrano**,
for himself and other members of
the general public similarly situated

JS - 6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MANUEL MEDRANO, for himself and other members of the general public similarly situated,<br><br>               Plaintiff,<br><br>    v.<br><br>CONSOLIDATED RESTAURANTS OF CALIFORNIA, INC.; et al.<br><br>               Defendants.<br>_____<br>KNJ RESTAURANTS, INC., a California corporation, WCG HOLDINGS, INC., a California corporation,<br><br>               Plaintiff,<br><br>    v.<br><br>WAND CORPORATION, a Minnesota corporation,<br><br>               Third-Party Defendant. | **SACV07-0504JVS(RNBx)** **<br><br>Consolidated with<br><br>CASE NO. SACV07-0506JVS(RNBx)<br><br><br>**ORDER ON STIPULATION FOR DISMISSAL** |

- 1 -

Law Offices of
HERBERT HAFIF, APC
269 W. Bonita Avenue
Claremont, CA 91711

Original document produced
on recycled paper.

STIPULATION AND ORDER FOR DISMISSAL

1  The Court, having considered the Stipulation for Dismissal, filed concurrently
2  herewith:

3  **IT IS HEREWITH ORDERED:**

4  This action is dismissed by Plaintiff in its entirety with prejudice as to Plaintiff,
5  Manuel Medrano, and without prejudice as to the claims of any potential or putative
6  class, which excludes Medrano as a member;

7  The Class, previously certified by this Court on October 15, 2007, is de-certified
8  for the purpose of this dismissal;

9  Parties shall each bear his or its own respective costs and attorneys' fees in
10  connection with the Lawsuit; and

11  This dismissal is made pursuant to Rule 41(a) or (c) of the Federal Rules of Civil
12  Procedure.

14  Dated: February 20, 2009  _____
15                              United States District Judge

Law Offices of
HERBERT HAFIF, APC
269 W. Bonita Avenue
Claremont, CA 91711

Original document produced on recycled paper.

- 2 -

STIPULATION AND ORDER FOR DISMISSAL

# PROOF OF SERVICE

STATE OF CALIFORNIA )
) ss.
COUNTY OF LOS ANGELES )

    I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action; my business address is 269 West Bonita Avenue, Claremont, CA 91711.

    On August 4, 2008, I served the foregoing document described as: **[ Proposed] ORDER ON STIPULATION FOR DISMISSAL**

[ ]   by placing the true copies thereof enclosed in sealed envelopes addressed as follows:

[X]   by placing [ ] the original [X] a true copy thereof enclosed in sealed envelopes addressed as follows:

**[SEE ATTACHED MAILING LIST]**

[X]   I deposited each envelope in the mail at Claremont, California.[1] The envelope was mailed with postage thereon fully prepaid.

[X]   As follows: I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the United States Post Office on that same day with postage thereon fully prepaid at Claremont, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postage cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

[ ]   As follows: I am "readily familiar" with the firm's practice for delivering overnight envelopes or packages to an authorized courier or driver authorized by the express service carrier to receive documents, in an envelope or package designated by the express service carrier with delivery fees paid or provided for, addressed to the person on whom it is to be served, at the address as last given by that person on any document filed in the cause and served on the party making service.

[X]   By filing with the United States District Court's CM/ECF Filing System

---

[1] By mail signature must be of person depositing envelope in mail slot, box or bag.

Law Offices of
HERBERT HAFIF, APC
269 W. Bonita Avenue
Claremont, CA 91711

Original document produced on recycled paper.

- 3 -

**STIPULATION AND ORDER FOR DISMISSAL**

1 [X] (State or Federal) I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

2

3 [ ] (Federal) I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

4 Executed on August 4, 2008, at Claremont, California.

_____
Gwendolyn Simmons

Law Offices of
HERBERT HAFIF, APC
269 W. Bonita Avenue
Claremont, CA 91711

Original document produced on recycled paper.

- 4 -

**STIPULATION AND ORDER FOR DISMISSAL**

## SERVICE LIST

*Manuel Medrano v. Consolidated Restaurants of California; KNJ Restaurants, Inc.*
U.S.D.C. Case No. SACV-07-00504 JVS (RNBx)

James W. Denison, Esq.
Attorney at Law
21550 Oxnard Street, Suite 300 PMB 81
Woodland Hills, CA 91367
Telephone : (818) 224-5250
Facsimile : (818) 224-5245

Attorneys for Defendant,
**KNJ RESTAURANTS, INC.** and **WCG HOLDINGS, INC.**

Law Offices of
HERBERT HAFIF, APC
269 W. Bonita Avenue
Claremont, CA 91711

Original document produced
on recycled paper.

- 5 -

STIPULATION AND ORDER FOR DISMISSAL